UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINGYU CHEN,

                    Plaintiff,

              -against-

YONG ZHAO CAI, et al.,

                 Defendants.

**ORDER**

19-CV-05387 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held the scheduled Case Management Conference by telephone this morning. Counsel for Plaintiff and Defendants Yong Zhao Cai, Qian Y Cai, and Jiang Li (collectively "Cai Defendants") appeared. Although all parties were expected to attend, neither Kim K Cheung ("Cheung"), proceeding *pro se*, nor counsel for the Eastern US Buddha's Study (Falun Dafa) Association, Inc., Friends of Falun Gong, Inc., International Falun Dafa Association, Inc., New York Falun Dafa Association Corp., NY Metropolitan Falun Dafa Association, Inc., Falun Gong Club of Orange County, Inc., Falun Dafa Information Center, Inc., or Upstate New York Falun Dafa Association, Inc. (collectively "Corporate Defendants") appeared. As explained on the record during the scheduled conference, the Court directs as follows:

1)      Counsel for the Cai Defendants shall serve and file a Notice of Appearance forthwith;

2)      Plaintiff shall serve and file a Second Amended Complaint, the allegations of which will be streamlined and simplified in accordance with Rule 8(a), on February 2, 2021;

3)      The Cai Defendants and Cheung shall serve and file their Answers to the Second Amended Complaint on February 16, 2021;

4)     As a consequence of the holdings reached on the record during today's Case Management Conference, the Corporate Defendants' motion to dismiss (Doc. 74) is denied without prejudice. The Corporate Defendants shall answer or otherwise move, in accordance with Rule 4(C) of this Court's Individual Practices, on February 16, 2021;

5)     The close of discovery as to the Cai Defendants, Cheung, and non-parties referenced during today's Case Management Conference is extended to and including April 12, 2021;

6)     Counsel for the Cai Defendants shall serve a copy of this Order on counsel for the Corporate Defendants; and

7)     The Court shall hold a status conference at 11:30 a.m. on April 20, 2021. At the time of that conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 74 and to mail a copy of this Order to Cheung at the address provided in the associated Notice of Appearance (Doc. 67). Plaintiff is directed to mail a copy of this Order to Cheung as well and to file proof of service on the docket.

**SO ORDERED:**

Dated:   New York, New York
        January 12, 2021

_____
PHILIP M. HALPERN
United States District Judge