# MOUNT LAW GROUP, PLLC

400 Rella Boulevard, Suite 165
Suffern, New York 10901
www.mountlaw.co
(201) 543-8747

March 1, 2021

**Via ECF**
Honorable Philip M. Halpern
United States District Court
Southern District of New York
White Plains, New York 10601-4150

      **RE:**    **Jingyu Chen v. Yong Zhao Cai, et al, 7:19-cv-05387**

Your Honor:

    As you are aware, the Mount Law Group, PLLC, represents the plaintiff, Jingyu Chen in the above captioned action. I am sending this correspondence, pursuant to your Honor's directive, stating that a copy of your Order, dated February 23, 2021, has been sent to the defendant Kim K. Cheung via United States Postal Service at his last known address.

    If your Honor has any questions or concerns, please do not hesitate to contact me at your convenience.

                                  Sincerely,
                                  Mount Law Group, PLLC

                                  By: /s/Christopher R. Mount, Esq./s/
                                  *Counsel for Ms. Jingyu Chen*

Cc: Defendants via ECF