UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINGYU CHEN,

                Plaintiff,

                -against-

YONG ZHAO CAI, et al.,

                Defendants.

**ORDER**

19-CV-05387 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court held a conference by telephone this afternoon. Counsel for Plaintiff, counsel for Defendants Yong Zhao Cai, Qian Y Cai, and Jiang Li (collectively "Cai Defendants"), counsel for Defendants the Eastern US Buddha's Study (Falun Dafa) Association, Inc., Friends of Falun Gong, Inc., International Falun Dafa Association, Inc., New York Falun Dafa Association Corp., NY Metropolitan Falun Dafa Association, Inc., Falun Gong Club of Orange County, Inc., Falun Dafa Information Center, Inc., or Upstate New York Falun Dafa Association, Inc. (collectively "Corporate Defendants"), and Defendant Kim K Cheung ("Cheung") appeared. As explained on the record during the conference, the Court directed as follows:

      1)     Corporate Defendants are granted leave to file a motion to dismiss the Second Amended Complaint. The parties shall serve and file their papers in accordance with the following schedule: (i) Corporate Defendants' moving papers shall be served, not filed, on May 13, 2021; (ii) Plaintiff's opposition shall be served, not filed, on June 10, 2021; and (iii) Corporate Defendants' reply, if any, shall be served on June 30, 2021. Corporate Defendants and Plaintiff are directed to file all motion documents on the reply date, June 30, 2021.

      2)     The close of discovery as to the Cai Defendants, Cheung, and non-parties referenced during today's conference is extended to and including July 15, 2021.

2

      3)      Cheung is directed to participate in discovery – this includes responding to counsel's requests and making himself available for deposition. Should any party wish to depose Cheung, they must provide a Mandarin or Cantonese interpreter. Cheung is reminded that he can attend the parties' depositions and he is encouraged to retain counsel.

      4)      The Court shall hold a status conference at 2:00 p.m. on July 19, 2021. At the time of that conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

      5)      The Status Conference scheduled previously for 11:30 a.m. on April 20, 2021 is cancelled.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Cheung. Plaintiff is directed to mail a copy of this Order to Cheung as well and to file proof of service on the docket.

                                        **SO ORDERED:**

Dated:  White Plains, New York  
           April 15, 2021

                                        PHILIP M. HALPERN  
                                        United States District Judge