UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINGYU CHEN,

                Plaintiff,

-against-

YONG ZHAO CAI, et al.,

                Defendants.

**ORDER**

19-CV-05387 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Defendants Yong Zhao Cai, Qian Y Cai, and Jiang Li (collectively "Cai Defendants") filed a motion for summary judgment on November 28, 2021. (Doc. 123; Doc. 124; Doc. 125). The Cai Defendants, in filing this motion, violated Rules 2(C) and 4(E) of this Court's Individual Practices. The motion is, therefore, denied without prejudice to renew.

      The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 123. Plaintiff is directed to mail a copy of this Order to Cheung and to file proof of service on the docket.

                                          **SO ORDERED:**

Dated:   White Plains, New York
            November 29, 2021

                                          PHILIP M. HALPERN
                                          United States District Judge