# LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.

14 Wall Street, Suite 1603　　　　　www.moskovitzlaw.com
New York, New York 10005　　　　Fax (888) 398-0032
Tel. (212) 380-7040　　　　　　　　josh@moskovitzlaw.com

---

> Application granted. The conference scheduled for April 20, 2022 is adjourned to 12:30 p.m. on May 9, 2022. The conference shall be held in-person in Courtroom 520 at 300 Quarropas Street, White Plains, New York.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 138.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> 　　　　March 2, 2022

March 1, 2021

Re: *v. Yong Zhao Cai* et al., No. 19-cv-05387 (PMH)

Your Honor,

  I represent Defendant Kim Cheung in the above-captioned action and I write to request an adjournment of the April 20, 2022 in-person conference set by today's Order (Dkt. 137). That conference was previously scheduled as a telephone conference, which I was able to attend. However, I am unable to appear in-person on April 20 due to a previously-scheduled family vacation that week. I conferred with counsel for all other parties and they all consent to this request. Counsel for all parties are available starting the week of May 9 (there was no earlier date in April on which all counsel were available for an in-person conference). It is my understanding that Terri Marsh, counsel for the Falun Gong defendants, will be requesting to appear by telephone.

  I appreciate the Court's attention to this request.

Sincerely,

Joshua S. Moskovitz

cc:　　All Counsel of Record